UNITED STATES BANRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| Chad Duncan | ) | |
| | ) | Case No. 25-20137 |
| | ) | Chapter 12 |
| Debtor. | ) | |

### VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to LR 2090(B)(1) of the United States Bankruptcy Court for the Eastern District of Missouri, and Rule 12.01(F) of the local rules of the United States District Court for the Eastern District of Missouri, I, Robert Cowherd, move to be admitted pro hac vice to the bar of this Court for the purpose of representing Exchange Bank of Missouri in the instant matter. In support of this Motion, I submit the following information as required by Rule 12.01(F):

Name:  Robert E. Cowherd

Chapman and Cowherd, P.C.

Address:  903 Jackson, P.O. Box 228, Chillicothe MO 64601

Telephone: (660) 646-0627

Telefax: (660) 646-1105

Email for attorney:  rcowherd@ccttlaw.com

Law School:  University of Missouri-Columbia; Date of Graduation: May, 1975

Bars:  Missouri; Date of Admission: September 6, 1975; #24902

I am a member in good standing of all bars of which I am a member and I am not under suspension or disbarment from any bar.

I do not reside in the Eastern District of Missouri, I am not regularly employed in this District, and I do not regularly engage in the practice of law in this District.

Movant attests under penalty of perjury to the truth and accuracy of the foregoing facts, and respectfully requests that this Motion be granted and that movant be admitted pro hac vice to the bar of this Court and be allowed to appear in the instant matter.

CHAPMAN AND COWHERD, P.C.

BY: /s/ Robert Cowherd
Robert Cowherd #24902
903 Jackson – P.O. Box 228
Chillicothe, MO 64601
(660) 646-0627
Telefax: (660) 646-1105
Email: rcowherd@ccttlaw.com

Certificate of Service
The undersigned certifies that a copy of the foregoing document was served electronically, via the Court's CM/ECF system and upon the Office of the U.S. Trustee, and mailed via First Class Mail to all creditors and parties in interest per the Court's mailing matrix on file, on the __14__ day of August, 2025.

/s/ Robert Cowherd
Robert Cowherd