UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| ) | Case No. 25-20137 |
| **CHAD DUNCAN d/b/a** ) | |
| **CHAND DUNCAN FARMS, d/b/a** ) | Chapter 12 |
| **2D CATTLE COMPANY;** ) | |
| ) | |
| **Debtors.** ) | |
| ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

COMES NOW Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Joshua M. Jones, Assistant United States Attorney for said District, pursuant to Fed. R. Bankr. P. 9010(b), and hereby enter their appearance on behalf of the United States of America in the above-captioned bankruptcy matter.

Pursuant to Fed. R. Bankr. P. 2002(j), if the papers in the case disclose a debt to the United States other than for taxes, notices required under Rule 2002 should be mailed to the undersigned Assistant United States Attorney.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

/s/ *Joshua M. Jones*
JOSHUA M. JONES #61988 MO
Assistant United States Attorney
Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2310
(314) 539-2287 fax
joshua.m.jones@usdoj.gov

**Certificate of Service**

    I certify that a true and correct copy of the foregoing document was filed electronically on August 14, 2025, with the United States Bankruptcy Court, and has been served on the parties in interest via email by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ *Joshua M. Jones*
Assistant United States Attorney

2