UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

In re: )
)
Chad Duncan ) Case No. 25-20137
) Chapter 12 Proceedings
 Debtor. ) Hearing Date: September 11, 2025
Hearing Time: 10:00 a.m.
Hannibal Hearing Location

## OBJECTION TO APPLICATION TO EMPLOY ATTORNEY

 Comes now Creditor Exchange Bank of Missouri ("Creditor Bank") and for its Objection to Application to Employ Attorney states:

1. Attorney David Dare and the law firm of Herren, Dare & Streett have filed a Motion for Employment as counsel for Debtor in this case.
2. In addition, Attorney David Dare and the law firm of Herren, Dare & Streett are the attorneys in Chapter 12 proceeding for Two Rivers Cattle Feeders, Inc., Case No. 25-20053 (the "Two Rivers case") in this Court. The Debtor Chad Duncan is the sole shareholder of Two Rivers Cattle Feeders, Inc.
3. In the Two Rivers case, the Schedules list Debtor Chad Duncan as an unsecured creditor owed $108,761.75. The Application to Employ filed in the Two Rivers case to employ Attorney David Dare and the law firm of Herren, Dare & Streett stated that they did not represent any creditor in the Two Rivers case.
4. Now in this case Attorney David Dare and the law firm of Herren, Dare & Streett request to represent Debtor who is an unsecured creditor in the Two Rivers case and is the sole shareholder of Two Rivers Cattle Feeders, Inc.
5. According to the quarterly report filed in the Two Rivers case, and the Cash Collateral Motion filed in this case, the Debtor is a major supplier of feed and other commodities to Two Rivers Cattle Feeders, Inc.

6. There appears to be irreconcilable conflicts in that:

   a. In the Two Rivers case, the Attorney Dare will be required to ask Chad Duncan, as the president and sole shareholder, how he should proceed in the case. He is professionally required to proceed as his client directs;

   b. In the Chad Duncan case, Attorney Dare will be required to proceed how his client, Chad Duncan, directs him to proceed;

   c. If Debtor Chad Duncan directs him to take action that is in Debtor Chad Duncan's personal best interest, but not in the best interest of Debtor Two Rivers Cattle Feeders, Inc., how can the attorney proceed without violating the rules of professional conduct which prohibit conflicts of interest and the appearance of impropriety?

WHEREFORE, for the above mentioned reasons, Creditor Bank requests that the Application to Employ filed herein be denied.

>                    CHAPMAN AND COWHERD, P.C.
>
>                    BY: /s/ Robert Cowherd
>                    Robert Cowherd #24902
>                    903 Jackson – P.O. Box 228
>                    Chillicothe MO 64601
>                    660 646 0627
>                    Telefax: 660 646 1105
>                    Email: rcowherd@ccttlaw.com
>                    ATTORNEY FOR CREDITOR
>                    EXCHANGE BANK OF MISSOURI.

Certificate of Service
The undersigned certifies that a copy of the foregoing document was served electronically, via the Court's CM/ECF system and upon the Office of the U.S. Trustee, and mailed via First Class Mail to all creditors and parties in interest per the Court's mailing matrix on file, on the __5__ day of September, 2025.

/s/ Robert Cowherd
Robert Cowherd