IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Chad Duncan | ) | Case No. 25-20137 |
| | ) | Chapter 12 Proceedings |
| Debtor. | ) | Hearing Date: September 11, 2025 |
| | | Hearing Time: 10:00 a.m. |
| | | Hannibal Hearing Location |

## WITNESS LIST

Comes now Creditor, Exchange Bank of Missouri, and for its list of witnesses to testify at the hearing on the Bank's Objection to Motion for Use of Cash Collateral; Objection to Application to Employ Attorney; and Objection to Motion for Joint Administration scheduled for September 11, 2025 at 10 a.m., or as may be continued by the Court, states the following:

1. Jonathan Haas, Exchange Bank of Missouri.

CHAPMAN AND COWHERD, P.C.

BY /s/ Robert Cowherd
Robert Cowherd - #24902
903 Jackson – P.O. Box 228
Chillicothe, MO 64601
Telephone: 660-646-0627
Telefax: 660-646-1105
E-mail: rcowherd@ccttlaw.com
ATTORNEY FOR EXCHANGE BANK
OF MISSOURI.

CERTIFICATE OF SERVICE
The undersigned certifies that a copy of the foregoing document was forwarded via electronic notice on the __5__ day of September, 2025:

David M. Dare
Attorney for Debtor

Seth Albin, Trustee

/s/ Robert Cowherd
Robert Cowherd