## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MISSOURI
## NORTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | Case No.: 25-20137-659 |
| | ) | |
| **CHAD DUNCAN,** | ) | Hon. Kathy Surratt-States |
| | ) | Chapter 12 Proceeding |
| Debtor. | ) | |
| | ) | Hearing Date: December 11, 2025 |
| | ) | Hearing Time: 10:00 a.m. |
| | ) | Hearing Location: |
| | ) | Federal Building |
| | ) | 801 Broadway |
| | ) | Hannibal, MO 63401 |
| | ) | |
| | ) | Objection Deadline: December 11, 2025 |
| | ) | at 10:00 a.m. |

**WARNING: THE MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE BY DECEMBER 11, 2025.**

**YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. THE DATE IS SET OUT ABOVE. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEYS.**

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on November 20, 2025, Debtor Chad Duncan ("Debtor"), Debtor in the above-captioned Chapter 12 bankruptcy case, filed:

    a.  *Debtor's Motion to Ratify Pre-Petition Crop Sale Agreement* (the "Motion");

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on the Motion on **December 11, 2025 at 10:00 a.m.**, or as soon thereafter as the matter may be heard at the Federal Building, 801 Broadway, Hannibal, MO 63401, before the Honorable Kathy A. Surratt-States.

Respectfully submitted,

CARMODY MACDONALD P.C.


By:     /s/ *Robert E. Eggmann*
ROBERT E. EGGMANN #37374MO
SAMUEL S. BRAND #73638MO
120 S. Central Avenue, Suite 1800
St. Louis, Missouri 63105
(314) 854-8600
(314) 854-8660 – FAX
ree@carmodymacdonald.com
ssb@carmodymacdonald.com

ATTORNEYS FOR DEBTOR


### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of this document was filed electronically with the United States Bankruptcy Court and has been served on the parties in interest via email by the Court's CM/ECF system as listed on the Court's Electronic Mail Notice List on this 20th day of November, 2025.

*/s/ Robert E. Eggmann*